IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTTER CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-CV-862-WDS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court for docket control. The Court notes that its order (Doc. 80) granting defendant United States' motion for reconsideration (Doc. 72) improperly omitted defendant Phillip Long from the list of defendants against which plaintiff's retaliation claim is still pending. Accordingly, the Court, *sua sponte*, amends its memorandum and order of March 26, 2008 (Doc. 80) as follows:

The Court **GRANTS** defendant United States of America's motion for reconsideration and **DISMISSES** Count I of plaintiff's complaint as to the United States. *Harper v. Virginia Dep't. of Taxation*, 509 U.S. 86, 97 (1993). The Court, *sua sponte*, **DISMISSES** Count I as to defendant Thomas/Jansen. Plaintiff's *Bivens* retaliation claim in Count II against defendants Sonja Carney, Kurt Nuedeck, S. Thomas/Jansen, Amber Nelson, Stu Solmomson, and Phillip Long is the only claim remaining.

**IT IS SO ORDERED.**

**DATED: March 28, 2008**

                                                        s/ WILLIAM D. STIEHL
                                                                **District Judge**