## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTTER CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 04-CV-862-WDS |
| | ) | |
| THE UNITED STATES OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court *sua sponte* for docket control. The Court, today, adopted the Report and Recommendation of the magistrate judge as to Count II of the Third Amended Complaint and granted defendants' motion for summary judgment. The Court erroneously stated in that order that Count I remained pending, however, the Court notes that it previously dismissed Count I of the plaintiff's complaint as to all defendants pursuant to *Harper v. Virginia Dep't of Taxation*, 509 U.S. 86 (1993) (Order at Doc. 80). Plaintiff has filed a motion for reconsideration of the Court's Order of dismissal (Doc. 92). Upon review of the record, the Court remains persuaded that plaintiff's claims in Count I are subject to dismissal, and that the United States is not subject to suit on plaintiff's claims in Count I. Accordingly, the motion to reconsider (Doc. #92) is **DENIED**.

In light of the above rulings, the Court **DENIES** as moot, plaintiff's motion to compel (Doc. 95) and motion to supplement (Doc. 109).

Therefore, there are no remaining claims, defendants, or counts in this matter, and the Court **DIRECTS** the Clerk of the Court to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

**DATED: September 29, 2008**

                                                    **s/ WILLIAM D. STIEHL**
                                                           **District Judge**