IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTTER CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 04-CV-862-WDS |
| | ) |
| THE UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Philip M. Frazier.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated September 29, 2008, judgment is entered in favor of defendants, **SONJA CARNEY, KURT NUEDECK, STU SOLMONSON, S.THOMAS/HANSEN, AMBER NELSON and PHILLIP LONG** and against the plaintiff, **SCOTTER CLARK**, on Count II of plaintiff's third amended complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated March 26, 2008, the Court granted the motion to dismiss and **DISMISSED** Count I of the plaintiff's complaint with prejudice as to the United States in accordance with *Harper v. Virginia Dep't of Taxation*, 509 U.S. 86 (1993). The Court sua sponte **DISMISSED** Count I as to defendant S. Jansen/Thomas on the same basis.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated July 18, 2006, judgment is entered in favor of defendants, **RICHARD SWAYNE, PETER POTIOS, DAVID McDONALD, S. THOMAS, JENNIFER DAUGHERTY and FRANCISCO QUINTANA** and against the plaintiff, **SCOTTER CLARK**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that defendant **PETE LONG** was **DISMISSED** from this case on June 15, 2007, as the plaintiff did not name this defendant in the Third Amended Complaint filed on that date.

**DATED** this 30th day of September, 2008.

NORBERT G. JAWORSKI, CLERK


BY: *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**